No. 02-7303. SKLAR v. NEW YORK LIFE INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 02-7304. MYRON v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02-7306. TURPIN v. MUELLER. C. A. 6th Cir. Certiorari denied.

No. 02-7307. FULTZ v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 02-7308. BROOKS v. DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02-7310. HUGHES v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02-7311. GREEN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02-7319. LEIKETT v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02-7321. STOTTS v. LUNA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02-7322. RUSSELL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02-7323. SAPEU v. GAITHER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02-7325. HOLMES v. MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02-7327. BANKS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 02-7330. GUYDON v. JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.